FOR RESPONDENT: Gregory L. Barnes, P.O. Box 899, Jefferson City, Missouri 65102.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

## ORDER

### PER CURIAM

Gebar Byrd appeals from the judgment of the circuit court denying, after an evidentiary hearing, his Rule 29.15 motion for post-conviction relief. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

∎

**B.M., Respondent,**

v.

**J.S., Appellant.**

**No. ED 104835**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

FILED: November 14, 2017

ATTORNEY FOR APPELLANT: Charles Louis Barberio IV, 4542 West Pine, St. Louis, MO 63108.

Beatrice Moore, 4355 Keevenshore Drive, Florissant, MO 63034, pro se.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

## ORDER

### PER CURIAM

J.S. appeals from the judgment entered by the Circuit Court of St. Louis County granting her neighbor, B.M., a full order of protection against her. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the Judgment pursuant to Rule 84.16(b).

∎

**STATE of Missouri, Respondent,**

v.

**Todd COFFMAN, Appellant.**

**ED 104676**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: November 14, 2017

Samuel E. Buffaloe, 1000W Nifong, Bdg. 7, Suite 100, Columbia, MO 65203, for appellant.